IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHIRLEE AUSMAN,

    Plaintiff,

v.

RENAISSANCE HOTEL OPERATING COMPANY, AUDIO VISUAL SERVICES GROUP, LLC, IA LODGING ATLANTA WAVERLY, L.L.C., AND JOHN DOES 105,

    Defendants.

CIVIL ACTION FILE

NO. 1:22-CV-2795-MHC

## ORDER

**IT IS HEREBY ORDERED** that Georgia Department of Administrative Services' Unopposed Motion to Intervene [Doc. 16] is hereby **GRANTED**[1].

**IT IS SO ORDERED** this 7th day of October, 2022.

                                                  MARK H. COHEN
                                                United States District Judge

---

[1] It is further **ORDERED** that Georgia Department of Administrative Services' original motion to intervene [Doc. 15] is **DENIED AS MOOT**.